FILED
2018 JAN 31  PM 4: 36

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE MASON COMPANY, LLC, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A-17-CV-991-LY |
| | § | |
| LEE KENNEL MANUFACTURING, L.L.C., | § | |
|     DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause. On January 30, 2018, Plaintiff The Mason Company, LLC filed a Notice of Voluntary Dismissal without Prejudice Pursuant to Rule 41(a)(1)(A)(i) (Doc. #7), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this __31st__ day of January, 2018.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE